THE NATIONAL LIFE INSURANCE COMPANY OF THE UNITED STATES OF AMERICA, APPELLANT, *v.* PHILIP MINCH, ADMINISTRATOR, ETC., OF ANNA C. MINCH, DECEASED, RESPONDENT.

APPEAL from a judgment in favor of the defendant entered upon the verdict of a jury, and from an order denying a motion for a new trial made upon the judge's minutes. The action was brought to recover money paid by the plaintiff to the defendant, as administrator of his wife, upon a policy of insurance. The case has already been before the Court of Appeals, and is reported

in 53 New York, 144. Upon this appeal, the court *held* that the verdict was against the weight of evidence, and ordered a new trial.

*J. E. Dewey*, for the appellant.

*J. M. Carroll*, for the respondent.

Opinion by HARDIN, J.

COUNTRYMAN, J., concurred; BOOKES, P. J., took no part.

Order and judgment reversed and new trial granted, costs to abide the event.